IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
KATHERINE BROWN,                    )   CASE NO. 1:05 CV 3003
                                    )
        Plaintiff,                  )   JUDGE LESLEY WELLS
                                    )
    v.                              )
                                    )   JUDGMENT ENTRY
JARRELL WILLIAMS, et al.,           )
                                    )
        Defendants.                 )
```

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed.  Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

                                         /s/Lesley Wells
                                        UNITED STATES DISTRICT JUDGE

Dated: 1 February 2006